## UNITED STATES
### v.
## PETOBIG, A CHIPPEWA INDIAN

1811

### Journal Entries

1. Indictment delivered and filed . . . . . *Journal, infra,* \*p. 345
2. Plea; jurors; verdict; remand . . . . . . . . . . . " 381
3. Continuance . . . . . . . . . . . . . . " 411
4. Copy of entry ordered transmitted . . . . . . . " 414

### Papers in File

1. Indictment . . . . . . . . . . . . . . . . .